382 A.2d 743

Commonwealth v. Blankenship, Appellant.

 Argued March 14, 1977. Daniel W. Shoemaker, with him Martin G. Hamberger, for appellant; Sheryl Ann Dorney, Assistant District Attorney, and Donald L. Reihart, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.